# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

KASSI LAUGHLIN,                           Case 2:14-cv-02577

    Plaintiff,

vs.                                          **NOTICE OF DISMISSAL**
                                                     **WITH PREJUDICE**

NORTH AMERICAN ASSET SERVICES, LLC,

d/b/a Frontier Financial Group,

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                       /s/ J. Mark Meinhardt
                                       J. Mark Meinhardt #20245
                                       Meinhardt Law Firm PLLC
                                       14441 W. McDowell Rd., Ste. B102
                                       Goodyear, AZ 85395
                                       913-451-9797
                                       meinhardtlaw@gmail.com